UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| GOLDIE C.,[1] | Civil No. 21-402 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

_____

Edward C. Olson, **DISABILITY ATTORNEYS OF MINNESOTA**, 331 2nd Ave. S., Suite 890, Minneapolis, Minnesota, 55401 for Plaintiff.

James D. Sides, **SOCIAL SECURITY ADMINISTRATION,** Office of the General Counsel – Suite 350, 1301 Young Street, Mailroom 104, Dallas, Texas 75202 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

    **1.**    Plaintiff's Motion for Summary Judgment, [Docket No. 26], is **GRANTED**;

    **2.**    Defendant's Motion for Summary Judgment, [Docket No. 28], is **DENIED;** and

---

1 This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

3.  The above matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the opinion above.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2022
at Minneapolis, Minnesota

*John R. Tunheim*
JOHN R. TUNHEIM
United States District Judge